**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ROBERT COX**   **PETITIONER**

v.   **NO. 1:04CV377-M-D**

**JODY BRADLEY, ET AL.**   **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated April 13, 2005, and the April 28, 2005, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated April 13, 2005, is hereby approved and adopted as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

3. That this case is **CLOSED.**

THIS, the 2nd day of August, 2005.

                                                               /s/ Michael P. Mills
                                                    **UNITED STATES DISTRICT JUDGE**